The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARIEL DE LOS SANTOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KING COUNTY,<br><br>　　　　Defendant. | No. 2:19-cv-00330-JCC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>*Clerk's Action Required* |

## **STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff and Defendant, parties to the above-entitled action, that Plaintiff's case against Defendant should be dismissed with prejudice and without costs or attorney's fees.

DATED this 1st day of July, 2019.

| | |
|---|---|
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>By: */s/ Jessica Hardung Kozma*<br>JESSICA HARDUNG KOZMA, WSBA #30416<br>Senior Deputy Prosecuting Attorney<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA 98104<br>Telephone: 206-296-8820/Fax: 206-296-8819<br>E-Mail: Jessica.kozma@kingcounty.gov<br>Attorney for King County | WASHINGTON CIVIL & DISABILITY ADVOCATE<br><br>By:*/s/Michael Terasaki*<br>MICHAEL TERASAKI, WSBA #51923<br>CONRAD REYNOLDSON, WSBA #48187<br>4115 Roosevelt Way NE, Suite B<br>Telephone: 206-428-3558<br>Email: terasaki@wacda.com<br>Attorneys for Plaintiff |

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE (2:19-cv-00330-JCC) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice without costs or attorney's fees.

DONE IN OPEN COURT this _____ day of _____, 2019.

_____
JUDGE/COURT COMMISSIONER

| | |
|---|---|
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>By: */s/ Jessica Hardung Kozma*<br>JESSICA HARDUNG KOZMA, WSBA #30416<br>Senior Deputy Prosecuting Attorney<br>500 Fourth Ave., 9th Floor<br>Seattle, WA  98104<br>Telephone: 206-296-8820/Fax: 206-296-8819<br>E-Mail: jessica.kozma@kingcounty.gov<br>Attorney for King County | WASHINGTON CIVIL & DISABILITY ADVOCATE<br><br>By: */s/Michael Terasaki*<br>MICHAEL TERASAKI, WSBA #51923<br>CONRAD REYNOLDSON, WSBA #48187<br>4115 Roosevelt Way NE, Suite B<br>Telephone: 206-428-3558<br>Email: terasaki@wacda.com<br>Attorney for Plaintiff |

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE (2:19-cv-00330-JCC) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819